STATE OF CONNECTICUT *v.* SCOTT CAVELL
(10605)

O'CONNELL, FOTI and HEIMAN, Js.

Submitted September 19—decision released October 18, 1994

*Richard Emanuel,* assistant public defender, for the appellant (defendant).

*Susan C. Marks,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *John Massameno,* assistant state's attorney, for the appellee (state).

FOTI, J. This matter is before us on remand from our Supreme Court. We previously considered it in *State v. Cavell,* 34 Conn. App. 276, 641 A.2d 426, remanded for reconsideration, 231 Conn. 902, 645 A.2d 1021 (1994). The Supreme Court ordered us to reconsider

our judgment in light of *State* v. *Robinson,* 230 Conn. 591, 646 A.2d 118 (1994). Having reconsidered, we affirm our prior judgment.

The judgment of the trial court is affirmed.

In this opinion HEIMAN, J., concurred.

O'CONNELL, J., dissenting. For the reasons set forth in *State* v. *Cavell,* 34 Conn. App. 276, 295–303, 641 A.2d 426, remanded for reconsideration, 231 Conn. 902, 645 A.2d 1021 (1994) (*O'Connell, J.,* dissenting), I adhere to my dissent from that decision.